Case 1:20-cv-02684-GHW   Document 7   Filed 07/01/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALONZO WILLIAMS, RHYTHM CITY
ENTERTAINMENT,

                                Plaintiffs,

                -against-

DANIELLE CARTY, GIOVANESSA
RODRIQUEZ, JANE DOES 1-24,

                              Defendants.
-----------------------------------------------------------------X

1:20-cv-2684-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Plaintiffs Alonzo Williams and Rhythm City Entertainment filed this action on March 31, 2020. *See* Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m); *see also Reid ex rel. Roz B. v. Freeport Pub. Sch. Dist.*, 89 F. Supp. 3d 450, 455 (E.D.N.Y. 2015) ("[C]ourts in this circuit have generally interpreted Rule 4(m) to require plaintiffs to [file proof of service] within the . . . [90]–day period."). As of the date of this order, Plaintiffs has failed to file proof of service as to any defendant in this matter. Accordingly, by July 6, 2020, Plaintiffs are directed to either file proof of service or to show cause why Plaintiffs' claims against Defendants should not be dismissed for failure to serve process within the time allowed by Rule 4(m).

Plaintiffs are further directed to serve a copy of this order on all Defendants and to retain proof of service.

SO ORDERED.

Dated:  July 1, 2020

_____
GREGORY H. WOODS
United States District Judge

2